**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 98-41170**
**No. B-96-CV-71**

_____

**MARCELINA ESPINOZA, Individually and on behalf of Estate of**
**ADRIAN ESPINOZA; JOSE E. ESPINOZA,**

**Plaintiffs-Appellees,**

**v.**

**JOSE LUIS SANCHEZ, In his Individual Capacity,**

**Defendant-Appellant.**

**Appeal from the United States District Court**
**for the Southern District of Texas**

February 4, 2000

Before REYNALDO G. GARZA, JONES, and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

We have carefully considered this interlocutory appeal in
light of the briefs, oral argument, the district court opinion and
pertinent portions of the record.  Like the district court, we
conclude that material questions of fact precluded the grant of
summary judgment on qualified immunity grounds.  For this reason,
the appeal is **DISMISSED**.

**DISMISSED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.